IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARK R.A. REED,

      Plaintiff,                        No. CIV S-05-2209 LKK KJM P

      vs.

DIRECTOR, JEANNE WOODFORD, et al.,

      Defendants.                  <u>ORDER</u>

/

           Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action under 42 U.S.C. § 1983. Plaintiff has not, however, filed an in forma pauperis affidavit or paid the required filing fee, but has requested a copy of the court's in forma pauperis application. Plaintiff will be provided a copy of the requested form, and the opportunity either to submit the appropriate information in support of a request to proceed in forma pauperis or the appropriate filing fee. <u>See</u> 28 U.S.C. §§ 1914(a), 1915(a).

           In accordance with the above, IT IS HEREBY ORDERED that:

           1. Plaintiff shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk of Court, along with other required information as described on the form, or the appropriate filing fee; plaintiff's failure to comply with this order will result in the dismissal of this action; and

2. The Clerk of the Court is directed to send plaintiff an Application to Proceed In Forma Pauperis By a Prisoner.

DATED: November 17, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

/kf
reed2209.3a