1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10    MARK R.A. REED,

11              Plaintiff,                      No. CIV S-05-2209 LKK KJM P

12       vs.

13    JEANNE WOODFORD, et al.,

14              Defendants.               FINDINGS & RECOMMENDATIONS

15    _____/

16              By order filed November 28, 2006, plaintiff's complaint was dismissed and thirty

17    days leave to file an amended complaint was granted.  The thirty day period has now expired,

18    and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

19              Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed

20    without prejudice.  See Local Rule 11-110; Fed. R. Civ. P. 41(b).

21              These findings and recommendations are submitted to the United States District

22    Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty

23    days after being served with these findings and recommendations, plaintiff may file written

24    objections with the court.  The document should be captioned "Objections to Magistrate Judge's

25    Findings and Recommendations."  Plaintiff is advised that failure to file objections within the

26    /////

1

1  specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951

2  F.2d 1153 (9th Cir. 1991).

3  DATED:  January 19, 2007.

4  _____

5  U.S. MAGISTRATE JUDGE

6  /mp
   reed2209.fta

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26