IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARK R.A. REED,

      Plaintiff,               No. CIV S-05-2209 LKK KJM P

     vs.

JEANNE WOODFORD, et al.,

      Defendants.       ORDER

_____/

      Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

      On January 19, 2007, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty days. Plaintiff has not filed objections to the findings and recommendations.

      The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1

1.   The findings and recommendations filed January 19, 2007, are adopted in full; and

2.   This action is dismissed without prejudice.  <u>See</u> Local Rule 11-110; Fed. R. Civ. P. 41(b).

DATED:   May 7, 2007.

```
                                    /s/ Lawrence K. Karlton
                                    _____
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT
```